**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MOLDEX-METRIC, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PROTECTIVE INDUSTRIAL PRODUCTS, a New York corporation, JOHNSTONE SAFETY INTERNATIONAL LTD, a UK company,<br><br>　　　　　Defendants. | CASE NO. EDCV11-0033 VAP (OPx)<br><br>**ORDER REGARDING CONSENT JUDGMENT AND INJUNCTION**<br><br>The Hon. Virginia A. Phillips<br>Complaint Filed: Jan. 4, 2011 |

ORDER

Based on the stipulation of Plaintiff Moldex-Metric, Inc. ("Moldex") and Defendants Protective Industrial Products ("PIP") and Johnstone Safety International LTD ("JSP"), and good cause so appearing, IT IS HEREBY ORDERED:

1. Moldex alleges that it owns the outer mesh shell trade dress used with Moldex's respirator products as shown in Exhibit 1 hereto (the "Mesh Trade Dress").

2. Defendant JSP has displayed at a trade show of the National Safety Congress, 2010 in San Diego, California a respirator product having an outer mesh shell as shown in Exhibit 2 (the "Accused Products") in the United States and elsewhere.

3. Moldex filed a trade dress infringement action against Defendants contending that the Accused Products infringe Moldex's Mesh Trade Dress.

4. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1331; 28 U.S.C. § 1338(a) and (b); and 28 U.S.C. § 1367.

5. Each party shall pay its own attorneys' fees and costs.

6. Except as expressly provided in a confidential Settlement Agreement ("Settlement Agreement") between the parties effective August 5, 2011, Defendant JSP and its officers, directors, agents, servants, employees, attorneys, assignees, and all persons or entities controlling or in active concert or participation with, through, or under Defendant JSP is hereby permanently enjoined from making (or having made for them), using, importing, offering to sell and/or selling the Accused Products in the United States and any products confusingly similar thereto that infringe any valid and enforceable trade dress rights of Moldex, without permission or license from Moldex.

1       7.      This Court retains jurisdiction of this action for the purpose of enforcing the confidential Settlement Agreement (as provided therein) and this Consent Judgment and Injunction.

        8.      No appeal shall be taken by any party from this Consent Judgment and Injunction, the right to appeal being expressly waived by all parties.

        9.      To the extent not specifically addressed herein, all claims, counterclaims, and affirmative defenses are dismissed with prejudice.  This Consent Judgment and Injunction concludes this action.

        10.     The Clerk is directed to enter this Consent Judgment and Injunction without further notice.

DATED: August 24, 2011

_____
The Honorable Virginia A. Phillips, Judge
United States District Court for the Central District of California